IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Inventergy LBS, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Micron Electronics LLC,**<br><br>Defendant. | Case No. 1:19-cv-5880<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF INVENTERGY'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Inventergy LBS, LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: September 2, 2019

Respectfully submitted,

*/s/ Isaac Rabicoff*
Isaac Rabicoff
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff
Inventergy LBS, LLC**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on September 2, 2019, via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff